## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **RAYMOND GREGORY VERRET** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:21cv93-HSO-MTP** |
| | § | |
| | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY** | § | **DEFENDANT** |

## FINAL JUDGMENT

**BEFORE THE COURT** is United States Magistrate Judge Michael T. Parker's Report and Recommendation [18] entered on July 19, 2022.   For the reasons given in the Order adopting the Report and Recommendation [18], the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the decision of the Commissioner of Social Security is **AFFIRMED**, and the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 3rd day of August, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE